March 21, 1975.

M. P. No. 75-59.  DIANE M. McCAFFREY v. SCHOOL COMMITTEE OF BARRINGTON.  Petition for writ of certiorari denied. *Natale L. Urso,* for petitioner. *Tillinghast, Collins & Graham, James A. Jackson,* for respondent.

APPEAL No. 73-154.  GEORGE B. McCLELLAN *et ux.* v. MARGUERITE E. THOMPSON *et al.*  Petition for reargument denied. *James M. Shannahan, David J. Kehoe,* for appellants. *Tillinghast, Collins & Graham, Victor J. Orsinger II, Hinckley, Allen, Salisbury & Parsons, Michael DeFanti,* for appellees.

APPEAL No. 75-15.  ALBERT VITALI *et ux.* v. PAWTUCKET REDEVELOPMENT AGENCY.  Motion of plaintiffs to dismiss appeal of defendant granted. *John F. McBurney,* for plaintiffs. *John F. Sherlock, Jr.,* for defendant.

APPEAL No. 75-21.  ALEXANDRO G. MORELLI, SR. *et al.* v. MARK M. MANOOGIAN, SR. *et al.*  No cause having been shown why defendants' appeal should not be dismissed, the appeal dismissed. *S. Thomas Cotroneo,* for plaintiffs. *Swan, Keeney, Jenckes & Asquith, Harry W. Asquith, Edward W. Moses,* for defendants.

March 24, 1975.

M. P. No. 75-50.  EASTERN SCRAP SERVICES, INC. v. WILLIAM HARTY *et al.*  Petition for writ of certiorari is granted, and the writ may issue forthwith. The parties are directed to brief the issue, among other pertinent issues, as to whether or not G. L. 1956 (1970 Reenactment) §45-5-16 renders the issuance of the writ improvident in this case. Matter is assigned specially to the May 1975 calendar. *Michael F. Horan,* for petitioner. *Gerald J. Pouliot,* Asst. City Solicitor, *William J. George,* Special Co-counsel, for respondents.

M. P. No. 75-72.  LINDA LEMOINE *et al.* v. PAUL MARTINEAU *et al.*  Petition for writ of certiorari granted, and the writ may